356

CATHOLIC CHARITIES OF THE ARCHDIOCESES OF CHICAGO, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed March 3, 1975.*

CATHOLIC CHARITIES OF THE ARCHDIOCESES OF CHICAGO, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-286— 

DAVID PFOLTNER, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed March 3, 1975.*

DAVID PFOLTNER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.